USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

v.

ABBA CONSTRUCTION LLC,

Respondent.

No. 22-CV-5699 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On July 5, 2022, Petitioners filed a petition seeking confirmation of an arbitral award, along with a memorandum of law in support of their petition. In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

ORDERED that Respondent's opposition, if any, is due on September 6, 2022. Petitioners' reply, if any, is due on September 27, 2022. Petitioners shall serve a copy of this Order on Respondents and file proof of such service on the docket.

SO ORDERED.

Dated:   August 8, 2022
         New York, New York

Ronnie Abrams
United States District Judge