UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITYDISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND,<br><br>       Petitioners,<br><br>  -against-<br><br>ABBA CONSTRUCTION LLC,<br><br>       Respondent. | 1:22-cv-05699 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Petitioners commenced this action on July 5, 2022 by filing a Petition to Confirm an Arbitration Award.  ECF No. 1.  On July 7, 2022, Petitioners served the Petition and Summons on Respondent.  ECF No. 7.  By order dated August 8, 2022, the Court ordered Respondent to file opposition by no later than September 6, 2022.  ECF No. 8.  Petitioners served the August 8, 2022 Order on Respondent that same day.  ECF No. 9.  Respondent has not filed any opposition or otherwise appeared.

  IT IS HEREBY ORDERED that Respondent shall appear and file opposition no later than **October 20, 2022**.  If no opposition is received by that date, the Court will deem the Petition unopposed.  The Clerk of Court is directed to mail this Order to Respondent.

Dated: October 13, 2022
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge