UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                 Petitioners,                  22 **CIVIL** 5699 (JLR)

     -against-                                 **JUDGMENT**

ABBA CONSTRUCTION LLC,
                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 9, 2022, the Court has granted Petitioners' Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: (a) The arbitration Award dated April 8, 2022 is confirmed; (b) Respondent is ordered to make available its books and records for an audit covering November 25, 2020 to the present within thirty (30) days of the date of the Order, with costs borne by Respondent; (c) Respondent is ordered to pay Petitioners a total of $317,642.61 pursuant to the terms of the Award, plus interest on the principal delinquency of $254,977.90 at the rate of 5.5% from April 8, 2022 through the date of the Order, in the amount of $9,413.23; (d) Respondent is ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a); and (e) Petitioners are awarded attorneys' fees of $330 and costs of $77.

**Dated**: New York, New York
        December 12, 2022

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                   **BY:**                       *K. Mango*
                                                    **Deputy Clerk**